```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                  :
DALTON CHISCOLM, JR. SR.,         :
                                  :
            Plaintiff,            :
                                  :   **ORDER**
       - against -                :
                                  :   09 Civ. 6891 (DC)
BANK OF AMERICA, ET AL.,          :
                                  :
            Defendants.           :
                                  :
- - - - - - - - - - - - - - - - -x

**CHIN, D.J.**

      Plaintiff pro se Dalton Chiscolm filed a complaint on August 4, 2009 against Bank of America and its board of directors. He seeks "1,784 billion trillion dollars" to be deposited in his ATM account "the next day," and seeks an additional $200,164,000. He seems to be complaining that he placed a series of calls to the bank in New York and received inconsistent information from a "Spanish wom[a]n." He apparently alleges that checks have been rejected because of incomplete routing numbers.

      The claim is incomprehensible. Although he alleges that the basis of jurisdiction is federal question, no federal cause of action is stated. Even liberally construed, the complaint does not appear to assert a federal cause of action.

      Accordingly, plaintiff is hereby ordered to show cause in writing by October 23, 2009 why his complaint should not be dismissed. Plaintiff must explain the basis of his claim and

why he believes the claim can be brought in federal court. If he fails to respond to this order to show cause on a timely basis, his complaint will be dismissed. Defendants' time to respond to the complaint is extended without date.

        SO ORDERED.

Dated:    New York, New York
            September 24, 2009

                              DENNY CHIN
                              United States District Judge